445 A.2d 1190

**COLONIAL PARK FOR MOBILE HOMES, INC., Appellant,**

v.

**NEW BRITAIN TOWNSHIP.**

No. 80-3-438.

Supreme Court of Pennsylvania.

Argued April 21, 1982.

Decided May 19, 1982.

Peter N. Harrison, Doylestown, for appellant.

George M. Bush, Albert Blackman, Doylestown, for appellee.

Before O'BRIEN, C. J., and ROBERTS, NIX, LARSEN, FLAHERTY, McDERMOTT and HUTCHINSON, JJ.

### ORDER

PER CURIAM.

Appeal dismissed as having been improvidently granted.

LARSEN, J., dissents.